■ In the Matter of THOMAS C. CAPPETTA, Appellant, v JASMINE MALDONADO, Respondent. [874 NYS2d 857]—Appeal from an order of the Supreme Court, Oswego County (David J. Roman, A.J.), entered March 24, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of child custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.

■ In the Matter of MARIA L. CRUZ, Appellant, v PEDRO L. CRUZ, SR., Respondent. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [874 NYS2d 846]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered July 11, 2007 in a proceeding pursuant to Family Court Act article 6. The order granted joint child custody to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.

■ In the Matter of DANIEL P. COMPTON, Respondent, v MAUREEN B. FREYN, Appellant. [874 NYS2d 845]—Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), entered March 5, 2008 in a proceeding pursuant to Family Court Act article 6. The order granted the petition for a modification of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.